1  ROBBINS ARROYO LLP
   BRIAN J. ROBBINS (190264)
2  FELIPE J. ARROYO (163803)
   STEVEN R. WEDEKING (235759)
3  600 B Street, Suite 1900
   San Diego, CA 92101
4  Telephone: (619) 525-3990
   Facsimile: (619) 525-3991
5  E-mail: brobbins@robbinsarroyo.com
           farroyo@robbinsarroyo.com
6          swedeking@robbinsarroyo.com

7  *Lead Counsel for Plaintiffs*
   [Additional counsel on signature page]
8

9               UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11  | IN RE AMYRIS, INC. | Lead Case No. 3:17-cv-04719-WHO |
12  | SHAREHOLDER DERIVATIVE LITIGATION | (Consolidated with No. 3:17-cv-04927) |
13  | | |
14  | _____ | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS** |
    | This Document Relates To: | |
15  | ALL ACTIONS. | |
16  | | Hon. William H. Orrick |
17  | | Courtroom: 3, 17th Floor |

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS
Lead Case No. 3:17-cv-04719-WHO

1     **WHEREAS,** on November 3, 2017, Plaintiffs designated their operative complaint (the

2 "Complaint") in this consolidated action;

3     **WHEREAS,** on November 17, 2017, parties filed a Stipulated Schedule on Motion to

4 Dismiss (Dkt. 20), which the Court ordered on November 22, 2017 (Dkt. 20);

5     **WHEREAS,** on December 21, 2017, Defendants filed a Motion to Dismiss the

6 Complaint (Dkt. 24);

7     **WHEREAS,** Plaintiffs are scheduled to file their opposition to Defendants' Motion to

8 Dismiss by February 2, 2018;

9     **WHEREAS,** the parties have met and conferred and, in light of scheduling conflicts by

10 Plaintiffs' counsel, agree that the deadline for Plaintiffs to file their opposition to Defendants'

11 Motion to Dismiss should be extended until February 7, 2018;

12     **NOW, THEREFORE,** the undersigned parties hereby stipulate and agree, and

13 respectfully request, that the Court enter an order as follows:

14     1.    Deadline for Plaintiffs to file their opposition shall be extended until February 7,

15 2018.

16     3.    Deadline for Defendants to file any reply shall remain February 22, 2018.

17     4.    The hearing, as set by the Court, shall remain on calendar for March 7, 2018.

18     **IT IS SO STIPULATED.**

19 Dated: January 31, 2018                 **ROBBINS ARROYO LLP**
                                        BRIAN J. ROBBINS

20                                         FELIPE J. ARROYO
                                        STEVEN R. WEDEKING

21

22                                       /s/ *Steven R. Wedeking*
                                    STEVEN R. WEDEKING

23                                     600 B Street, Suite 1900

24                                     San Diego, CA 92101
                                    Telephone: (619) 525-3990

25                                     Facsimile: (619) 525-3991
                                    E-mail: brobbins@robbinsarroyo.com

26                                           farroyo@robbinsarroyo.com
                                          swedeking@robbinsarroyo.com

27                                     *Lead Counsel for Plaintiffs*

28

- 1 -

Dated: January 31, 2018

**KEKER, VAN NEST & PETERS LLP**
MICHAEL D. CELIO
LAURIE CARR MIMS
MATAN SHACHAM

/s/ *Michael D. Celio*
MICHAEL D. CELIO

633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
E-mail: mcelio@keker.com
         lmims@keker.com
         mshacham@keker.com

*Counsel for Defendants*

## SIGNATURE ATTESTATION

I, Steven R. Wedeking, am the ECF user whose identification and password are being used to file the foregoing document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained.

Dated: January 31, 2018

/s/ *Steven R. Wedeking*
STEVEN R. WEDEKING

\*\*\*\*

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: February 2, 2018

HON. WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT

- 2 -
STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE ON MOTION TO DISMISS
Lead Case No. 3:17-cv-04719-WHO