UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE BONNER, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN MELO, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-04719-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 44 |

　　　　Pursuant to Order of the Court granting motion to dismiss without prejudice, judgment t is accordingly entered in favor of the defendants and against plaintiff.

Dated: July 23, 2018　　　　　　　　　　　　　　　　Susan Y. Soong, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　By/ Jean M. Davis, Deputy Clerk